UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

YEHUDA BENATAR,

        Defendant.

- - - - - - - - - - - - - - - - X

\* MAY 25 2006 \*

ORDER

Criminal Docket No. 02-99 (JG)
Criminal Docket No. 05-552 (JG)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jed Davis, the sealed portions of the proceedings on June 10, 2005 in the above matter are hereby ORDERED unsealed.

Dated:   Brooklyn, New York
        May 25, 2006

                        SO ORDERED:

                        _____
                        UNITED STATES DISTRICT JUDGE
                        EASTERN DISTRICT OF NEW YORK